make any motion as they may be advised with reference to said amended complaint; (4) that the substituted plaintiff within twenty days shall file in the office of the clerk of Westchester county an undertaking with corporate surety, providing for payment of costs and damages to the defendants, appellants, in the event that they recover judgment, or if the warrant of attachment issued herein be vacated; such undertaking to be in the amount required upon the issuance of the attachment herein upon application of the original plaintiff. As so modified, the order appealed from is affirmed, without costs. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur. Settle order on notice.

JOHN J. WHITE, Appellant, v. MARY WHITE, Respondent, and Others, Defendants. —Order granting motion of defendant, respondent, for judgment dismissing complaint, and granting defendant, respondent, judgment on her counterclaim, reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We are of opinion that the questions involving the Statute of Limitations and the Statute of Frauds should await determination after the facts are elicited upon a trial. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Application of ISAAC E. LAMBERT for Admission to the Bar. (From the State of Kansas.) — Application granted. Present — Kelly, P. J., Manning, Young, Lanzansky and Hagarty, JJ.

In the Matter of the Application of JOHN E. PALMER for Admission to the Bar. (From the State of Ohio.) — Application granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of the Application of SCOTT SANDERS for Admission to the Bar. (From the District of Columbia.) — Application granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of the Application of ALEXANDER STEIN for Admission to the Bar. (From the State of Indiana.) — Application granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

THOMAS AHEARN, Appellant, v. SAMUEL I. NOVICK, ABRAHAM H. LEVINSON and HERMAN LEVIN, Respondents, and 1026 CENTRAL AVENUE, INC., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

JOHN L. BROWN, Respondent, v. LUCY E. BROWN, Appellant.— Motion for stay granted on condition that the appeal be perfected and brought on for argument on Friday, February 18, 1927 (for which day the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young and Lazansky, JJ.; Hagarty, J., taking no part.

ANTHONY CARLINO, an Infant, by PASQUALE CARLINO, His Guardian ad Litem, Appellant, v. JESSE T. DAVIS, Respondent.— Motion to vacate order dismissing appeal granted on condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

PASQUALE CARLINO, Appellant, v. JESSE T. DAVIS, Respondent.— Motion to vacate order dismissing appeal granted on condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready

for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

LEMUEL CARO, Respondent, v. PROGRESSIVE GROCERY STORES, INC., Appellant. — Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

THE CITY OF NEW YORK, Respondent, v. MAX COHEN, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ. Settle order on notice.

JOHN COSTELLO, Appellant, v. CATHARINE COSTELLO, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young and Lazansky, JJ.; Hagarty, J., taking no part.

JACOB EWENTZIK, Respondent, v. COMPAGNIE FRANCAISE DE NAVIGATION A VAPEUR (CYP. FABRE), Appellant.— Motion for reargument denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises Located on the Northeasterly Side of Remsen Avenue between School Lane and Glenwood Road, etc., Borough of Brooklyn, etc.— Motion for payment of award granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ. Settle order on notice before Mr. Justice Lazansky.

In the Matter of the Judicial Settlement of the Account of Proceedings of MARY E. GODLEY, as Executrix, etc., of RICHARD D. GODLEY, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of JAMES A. HAMILTON, Deceased.— Motion for leave to substitute copies of papers granted as to any papers the originals of which are not on file in the surrogate's office. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ. Settle order on notice before Mr. Justice Lazansky.

In the Matter of JAMES A. HAMILTON, Deceased.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of the Application of 1901 OCEAN PARKWAY CORPORATION, Owner, for an Order Fixing the Amount of an Undertaking to Discharge a Mechanic's Lien Filed against Property on the Southeasterly Corner of Ocean Parkway and Avenue S, etc., Borough of Brooklyn, City of New York.— Motion to resettle order of Special Term denied. If petitioner be entitled to any relief, its application should be made to the Special Term. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of the Application of 1901 OCEAN PARKWAY CORPORATION, Owner, for an Order Fixing the Amount of an Undertaking to Discharge a Mechanic's Lien Filed against Property on the Southeasterly Corner of Ocean Parkway and Avenue S, etc., Borough of Brooklyn, City of New York.— Motion for reargument denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

In the Matter of the Application for the Appointment of a Committee of the